IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES FRIERSON**, Individually and as administrator of the ESTATE OF JIM ROGERS, Decedent.<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>**CITY OF PITTSBURGH**, A Municipal Corporation, **OFFICERS KEITH EDMONDS**, individually and in his official capacity, **LIEUTENANT MATT GAUNTER**, individually and in his official capacity , **ROBERT PEDEY**, individually and in his official capacity, **PAT DESARO**, individually and in his official capacity, **GREG BOSS**, individually and in his official capacity, **JEFF DEAN**, individually and in his official capacity, **PAUL FROEHLICH**, individually and in his official capacity, **NEYIB VELAZQUEZ**, individually and in his official capacity, **LEROY SCHROCK**, individually and in his official capacity, **SARGEANT COLBY NEIDIG**, individually and in his official capacity and **SARGEANT CAROL EHLINGER**, individually and in his official capacity **JANE DOE 1**, individually and in her official capacity and **JOHN DOE 2**, individually and in his official capacity.<br><br>　　　　　　　　Defendants. | Civil Action<br><br>No.: 2:22-cv-00523 CRE<br><br>**CONSENTED MOTION FOR STAY OF PROCEEDINGS**<br><br><br><br>JURY TRIAL DEMANDED |

## CONSENTED MOTION FOR STAY OF PROCEEDINGS

Plaintiff, James Frierson, individually and as administrator of the Estate of Jim Rogers, Decedent, by his attorney, Todd J. Hollis, Esq. of Todd J. Hollis Law, submits this Consented Motion For Stay of Proceedings and states as follows:

1. Mr. Frierson initiated this action by filing a Complaint against the City of Pittsburgh April 4, 2022 (Doc No. 1).

2. Mr. Frierson's Complaint alleges that the Defendants engaged in behavior resulting in, *inter alia*, the violation of Mr. Frierson's constitutional rights. (See Complaint.).

3. Among his allegations, Mr. Frierson alleges that the Decedent was subjected to excessive force and denied medical treatment by the Defendant officers.

4. The parties have expressed a mutual interest to discuss the resolution of this matter prior to engaging in lengthy and costly litigation.

5. In light of the above, Plaintiff's counsel is requesting a general stay of the proceedings in this matter.

6. Counsel for the City of Pittsburgh, has been notified and has no objection.

WHEREFORE, it is respectfully requested this Honorable Court enter an Order staying the proceedings in this case generally until further Order of Court.

.          Respectfully submitted,
TODD J. HOLLIS LAW

Date:   April 5, 2022       By: /s/ Todd J. Hollis
Todd J. Hollis, Esquire
Pa. I.D. No. 72510
Todd J. Hollis Law

202 Penn Plaza
Turtle Creek, Pa. 15145
(412) 515.4483
(412) 646.5748 Facsimile
toddjhollis@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff's Motion To Stay was electronically filed and electronically served on the following counsel of record on this 4th day of April, 2022:

> Michael E. Kennedy, Esquire
> City of Pittsburgh, Solicitor
> City-County Building
> 414 Grant, Suite 313
> Pittsburgh, PA 15219
> Phone: (412) 255-2015
>
> Counsel To The City of Pittsburgh

Respectfully submitted,
TODD J. HOLLIS LAW

By: __/s/ Todd J. Hollis_____
Todd J. Hollis, Esquire
Pa. I.D. No. 72510
Todd J. Hollis Law

202 Penn Plaza
Turtle Creek, Pa. 15145
(412) 515.4483
(412) 646.5748 Facsimile
toddjhollis@gmail.com