# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES FRIERSON**, Individually and as administrator of the ESTATE OF JIM ROGERS, Decedent.<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF PITTSBURGH**, A Municipal Corporation, **OFFICERS KEITH EDMONDS**, individually and in his official capacity, **LIEUTENANT MATT GAUNTNER**, individually and in his official capacity , **ROBERT PEDLEY**, individually and in his official capacity, **PAT DESARO**, individually and in his official capacity, **GREG BOSS**, individually and in his official capacity, **JEFF DEAN**, individually and in his official capacity, **PAUL FROEHLICH**, individually and in his official capacity, **NEYIB VELAZQUEZ**, individually and in his official capacity, **LEROY SCHROCK**, individually and in his official capacity, **SARGEANT COLBY NEIDIG**, individually and in his official capacity and **SARGEANT CAROL EHLINGER**, individually and in his official capacity **JOSHUA PARKINSON**, individually and in his official capacity and **ROMI CHAOUK**, individually and in his official capacity.<br><br>Defendants. | Civil Action<br><br>No.: 2:22-cv-00523 CRE<br><br>**MOTION TO BIFURCATE PARTIES**<br><br>**JURY TRIAL DEMANDED** |

## MOTION

AND NOW comes the Plaintiff, James Frierson, individually and as Administrator of the Estate of Jim Rogers, Decedent, by and through his undersigned counsel, Todd J. Hollis, Esquire, of Todd J. Hollis Law, who files the following MOTION TO BIFURCATE, stating in support thereof as follows:

1. This lawsuit was filed on April 4, 2022.

2. At the time of filing, Defendants police officers were already being investigated criminally, yet they did not ask to stay this matter and answered two complaints as of this date The Defendant officers knew at this time that a Grand Jury had been impaneled to investigate this matter.

3. In fact, all of the individual Defendant officers either plead the Fifth or answered Plaintiff's Third Amended Complaint.

4. The statements of the District Attorney Stephen Zappala referenced in Exhibit A to the Defendants' Motion to Stay were made months ago, yet Defendant officers did not ask to stay this matter and scheduled over a dozen depositions and mediation.

5. The undersigned does not disagree that the Defendants have a Fifth Amendment right to remain silent, and that an adverse inference can be applied in a civil trial to the extent that right is used in a civil case.

6. The City of Pittsburgh itself, however, is not being criminally investigated, and there are no fifth Amendment implications if the instant civil matter is bifurcated; wherein the City of Pittsburgh would continue the litigation as to the Monell claims alleged in the Third Amended Complaint and, if necessary, the remaining and individual claims could be litigated once all the criminal issues are resolved.

3 | P a g e

WHEREFORE, Plaintiff respectfully requests that The City of Pittsburgh be bifurcated from the individual defendants, and litigation against the City of Pittsburgh on Monell claims continue as scheduled.

TODD J. HOLLIS LAW

By: /s/ Todd J. Hollis
Todd J. Hollis, Esquire
Supreme Court I.D. No. 72510

202 Penn Plaza
Turtle Creek, Pennsylvania
412.515.4483 Phone
412.646.5748 Facsimile
toddjhollis@gmail.com
Counsel for the Plaintiff:
**JAMES FRIERSON**, Individually and as administrator of the ESTATE OF JIM ROGERS, Decedent.

**Date**: April 18, 2023