IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| JAMES FRIERSON, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JIM ROGERS, DECEDENT AND ON BEHALF OF THE ESTATES SOLE BENEFICIARY, LANESHA KENNEDY; | ) ) ) ) ) ) ) | 2:22-CV-00523-CRE |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CITY OF PITTSBURGH, A MUNICIPAL CORPORATION; OFFICER KEITH EDMONDS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; LIEUTENANT MATT GAUNTER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; PAT DESARO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; GREG BOSS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; JEFF DEAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; PAUL FROEHLICH, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; NEYIB VELAZQUEZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; LEROY SCHROCK, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; SARGEANT COLBY NEIDIG, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; SARGEANT CAROL EHLINGER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; JOSHUA PARKINSON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AND; ROMI CHAOUK, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND ROBERT PEDLEY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; | | |
| Defendants, | | |

## **ORDER**

AND NOW, the court having been notified that the above-captioned case has been settled, *See* ECF No. 125 and it appearing that there is no further action required by the court at this time,

IT IS HEREBY ORDERED that the Clerk mark the above-captioned case CLOSED pending the parties filing a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and, that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if the Order had not been entered; and,

IT IS FURTHER ORDERED that all hearings and deadlines in this case are cancelled; and,

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

DATED this 27th day of April, 2023.

BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge