**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES FRIERSON**, Individually and as administrator of the Estate of Jim Rogers, Decedent.<br><br>          Plaintiff,<br><br>      v.<br><br>**CITY OF PITTSBURGH**, a Municipal Corporation et al.<br>          Defendants. | CIVIL ACTION<br><br>Case No.: **2:22-cv-00523 CRE**<br><br><br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT

AND NOW, comes the Plaintiffs, James Frierson, individually and as administrator of the Estate of Jim Rogers, by and through his attorney Todd J. Hollis Esq. of Todd J. Hollis Law pursuant to the Federal Rules of Civil Procedure, moves to Enforce Settlement, and in support thereof avers as follows:

1.      The parties conducted a second mediation on April 26, 2023.

2.      At that time the matter was settled; and the settlement agreement was memorialized by all the parties.  Please see attached Plaintiff's exhibit one (1).

3.      The Plaintiff has obtained Court approval to settle this matter. See Plaintiff's exhibit two (2).

4.      The City has raised the following issues in several email exchanges regarding payment.

| **City Issues** | **Exhibit** | **Plaintiff's Responses** |
|---|---|---|
| a. City Counsel needed to approve the settlement. | | City Council entered into a resolution to pay the settlement on October 10, 2023 |
| b. Monies needed to be placed into a particular account | 3 | No response was given. But this measure should have been taken shortly after the settlement agreement was reached between the parties. |
| c. The Plaintiff did not notice the state regarding taxes to be | 4(a)(b) | Please see the attached Petition for Court Approval and Notice to the |

| paid | | Pennsylvania Department of Revenue. This information is public record but was provided to the City on November 16, 2023. |
|---|---|---|
| d. The possibility that Mrs. Lanesha Kennedy was not the only child to Mr. Roger's estate | 5 | 1. Although this shouldn't be within the ambit of the City's responsibility or concern.<br>Any potential heir to Mr. Roger's estate has the responsibility of filing a Rule To Show Cause Why they shouldn't be regarded as an heir. *To date no person has contacted my office or made any suggestion that they were an heir.*<br><br>2. Further, the family has indicated in public notices through Mr. Roger's Obituary that his only daughter is Lanesha Kennedy.<br>See the attached obituary. |
| e. The Plaintiff did not file a notice 10.5 to potential beneficiaries | 6 | *Although this shouldn't be within the ambit of the City's responsibility or concern.* The Certification of Notice under Pennsylvania Orphan's Court Rule 10.5 was filed on November 25, 2023. |
| f. The Plaintiff has not publicized the estate in publications of general circulation | 7-8 | *Although this shouldn't be within the ambit of the City's responsibility or concern.* The Estate has made the appropriate publications in the Allegheny County Legal Journal & the Pittsburgh Post Gazette. |

5.      Thus far the Plaintiff is owed two (2) million dollars. The City has an obligation to pay the Estate as outlined in its settlement agreement. On April 26, 2023.

6.      To date, no payments have been paid by the City.

7.      Yet benefits continue to accrue to the city by virtue of the interest payments that the City has been allowed to maintain.

8.      Further on October 19, 2022, Mr. Roger's estate received an Inheritance Notice of Tax Delinquency and was directed to file a return and pay all taxes by October 29, 2022. The Plaintiff is unable to satisfy these obligations because payment was not

satisfied.

9.     The City's justification for not paying this settlement is without merit.  All of the conditions that were raised to inspire payment have been satisfied.

8.      The Plaintiff has resorted to all reasonable measures to obtain payment and none of those measures have been successful.

9.     Lastly, the Plaintiff requests this Court's assistance to obtain the requested relief.

a. Payment of interest. penalties and fees;

b. Attorney fees for the preparation of this motion;

c. Immediate payment of the settlement amount as agreed upon by the parties.

Wherefore, the Plaintiff respectfully requests that this Court enter an Order granting Plaintiff's motion to Enforce Settlement and grant such further relief as the Court deems appropriate.

Respectfully submitted,

By:  /s/ Todd J. Hollis
**TODD J. HOLLIS LAW**
Todd J. Hollis, Esquire
Pa. Id. No. 72510
412.515.4483 | ToddJHollis@gmail.com
202 Penn Plaza
Turtle Creek, Pennsylvania 15145

Date: November 30, 2023

Z: 22-cv-00523

JAMES FRIERSON          V.    CITY OF PITTSBURGH, et al.

## SUMMARY TERM SHEET

The parties to the above action have agreed to settle it. IN SUMMARY FORM, the material terms of their agreement are as follows:

1  payment to the plaintiff of eight millions dollars ($8,000,000.—) payable over three years: $2,000,000 within 30 days of Council approval and execution of a Settlement Agreement and Release; $3,000,000. twelve months thereafter; $3,000,000. twelve months thereafter;

2. full, general and final release;

3  defendant City agrees to meet and confer with plaintiff in respect to practice and policy issues within 30 days following Council approval and execution of a Settlement Agreement and Release;

4  mutual non-disparagement.

with prejudice

5  Individual defendants to be dismissed and the settling defendant to be the City;

( page 1 of  )

EXHIBIT-1 PARTIES SETTLEMENT AGREEMENT

4.26.23.

6  The City shall not object to any request by plaintiff, whether made to the District attorney, Chief of Pittsburgh Police, or to the Court of Common Pleas, for the release the video at issue;

2. No admission of liability.

Krista Kubiak
△ City of Pittsburgh

4.26.23
Todd Hollis Esq.                Date

4 - 26 - 23
Mart Harris Esq.               Date

4-26-23
Mark B Hamilton

4/26/23
Thomas P. McGinnis  (Counsel for Nardo and Ehlinger)

Paul D. Krey  (Counsel for Edmonds)  4/26/23

Paul Walto  (Counsel for Parkinson and Chaoulk)  4/26/23

(Counsel for Bass, DeSuno, Velasquez)

EXHIBIT-1 PARTIES SETTLEMENT AGREEMENT

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| **JAMES FRIERSON**, Individually and as administrator of the ESTATE OF JIM ROGERS, Decedent, and on behalf of the Estate's Sole Beneficiary, Lanesha Kennedy<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PITTSBURGH; A Municipal Corporation, et al.<br><br>Defendants. | CIVIL DIVISION<br><br>File No.: 022201301<br><br>Code<br><br>PETITION TO APPROVE WRONGFUL DEATH SETTLEMENT AND DISTRIBUTION OF WRONGFUL DEATH AND SURVIVAL ACTION |

### ORDER OF COURT

AND NOW, to wit this ___27ᵗʰ___ day of ___September___ 2023, upon consideration of the Petition to Approve Settlement and Distribution of Wrongful Death and Survival Actions, it is hereby ORDERED, ADJUDGED, and DECREED that said Petition be, and hereby is GRANTED.

The proposed settlement agreement, attached as Petitioners Exhibit 3 is approved. The sum of Eight Million ($8,000,000.00) dollars shall be deposited into the escrow account of Todd J. Hollis and distributed as follows:

| | |
|---|---|
| Todd J. Hollis Law Offices | $2,742,475.05 |
| Wrongful Death<br><br>    Lanesha Kennedy | $3,943,143.72 |
| The Estate of Jim Rogers | $1,314,381.23 |

By the Court:

_____ J.

FILED

2023 SEP 28  PM 1:15

DEPT. OF COURT RECORDS
WILLS/ORPHANS COURT
DIVISION
ALLEGHENY COUNTY PA

EXHIBIT 2- PETITION TO APPROVE ORDER

Do you have an eta when my clients will get their 1st check?

1:28 PM

We have to move some money to other accounts. Let me check.

1:36 PM

Thanks.  My client is getting harder to manage.

1:36 PM

Wednesday, November 8

Krysia has the check been issued?

2:36 PM

EXHIBIT 3- COMMUNICATIONS WITH MS. SOLICITOR KUBIAK

Dear Todd,

To follow up on our conversation, the City is concerned because after reviewing the estate case for your client, the Commonwealth of Pennsylvania was not notified of your filing in accordance with 72 P.S. § 9106 et. seq.

You told me that the estate does not owe any taxes on this settlement.  If you could get a letter from the Commonwealth confirming that, I can release the check.

In addition, if you want to set up a trust company to receive the check while this issue is being resolved, the City is happy to do that as well.  Let me be clear – the City has no objection to paying the funds, is prepared to do so and still has every intention of satisfying our settlement agreement. However, the irregular and improper filing at

EXHIBIT 4 (A) COMMUNICATIONS WITH SOLICITOR KUBIAK



**pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA  17128-2005

TODD J. HOLLIS LAW
TODD J. HOLLIS, ESQUIRE
202 PENN PLZ
TURTLE CREEK PA  15145-1916

| | |
|---|---|
| Date Issued | 06/30/2023 |
| Letter ID | L0018530306 |
| Case Number | 0-005-733-934 |

**Wrongful Death Survival Action Allocation**

The Pennsylvania Department of Revenue received the Petition for Approval of Settlement Claim to be filed on behalf of the below-referenced estate in regard to a Wrongful Death and Survival Action. It was forwarded for the approval of allocated proceeds paid to settle the actions.

According to the petition, the decedent died as a result of excessive force and an indifference to his medical needs. The decedent is survived by his adult daughter.

---

**Account Information**

Estate of: ROGERS, JIM H                    File Number: 022201301

---

**Departmental determination**

If you have any questions regarding this matter, please direct them using the contact information listed below.

Nicole Trimmer
(717) 787-8327

Please be advised that, based upon these facts and for Inheritance Tax purposes only, the department has no objection to the proposed allocation of the gross proceeds of this action:

   Wrongful Death Claim: $6,000,000.00
   Survival Action Claim: $2,000,000.00

Proceeds of a Survival Action are an asset included in the decedent's estate and are subject to the imposition of Pennsylvania Inheritance Tax (42 Pa. C.S.A. § 8302) (72 P.S. §§ 9106, 9107). Costs and fees must be deducted in the same percentages as the proceeds are allocated (*Estate of Merryman*).

As the department has no objections to the petition, an attorney from the Pennsylvania Department of Revenue will not be attending any hearing regarding it.

Please use the contact information provided above if you or the Court have any questions or requires anything additional from this bureau.

---

**References**                    In re Estate of Merryman, 669 A.2d 1059 (Pa. Cmwlth. Ct. 1995)

EXHIBIT 4(B) APPROVAL LETTER PA. DEPT OF REVENUE

Jim H. Rogers

July 27, 1967 –
October 14, 2021

Program

Obituary Reading

Voice Message

Scriptural Thoughts

Closing Prayer

Song w. Pictures/
Breakout Rooms

EXHIBIT 5- JIM ROGER'S OBITUARY

One of the joys of his life was the birth of his only daughter Lanesha.

To provide for himself, Jim worked as a free-lance car mechanic and he also detailed cars.

He was introduced to and appreciated knowing Jehovah God, and Bible principles contributed to him being known as kind-hearted and a joy to be around.





Jim was preceded in death by his father James Rogers.

He leaves behind his mother Rose Mary Rogers, daughter Laneika, brothers Michael and James, sister Barbara Ann, Grandmother Mary C. Cole and several aunts, uncles, cousins, nieces and nephews.

Case 1:22-cv-00523-CRE Document 130 Filed 12/05/23 Page 14 of 22

Hello hey Mom...this is Jim...I'm up at Cove Forge in Williamsburg PA at the rehab.

Just calling to check up on you again...can't seem to catch up with you but I'll keep trying.

I hope your feeling better...God bless you and keep us in your prayers and everything and everybody else in the Congregation also...make sure that we will be alright and everything.

I love you and I will talk to you soon...I miss you...God bless you, bye.



| Department of Court Records | Wills/Orphans' Court Division |
|---|---|

72510
Todd Hollis

[Look for Another Case ID] [Home]
[Probate/Orphans' Court Filings]

You can use your browser **BACK** button to return to previous page.

| **Case ID:** 022201301 | **Case Header:** JIM H. ROGERS | **[Docket Report]** **[Accounting]** |
|---|---|---|

| **Filing Date:** | 02/24/2022 | **Case Type:** | LETTERS OF ADMINISTRATION |
|---|---|---|---|
| **Filing Time:** | 11:12:34 | **Court Type:** | PROBATE |
| **Judge:** | MICHAEL F. MARMO | **Current Status:** | N/A |

### Decedent Party

| Party ID | LName | FName | MI | Type | Address | Date of Death | SSN |
|---|---|---|---|---|---|---|---|
| @362479 | ROGERS | JIM | H. | DECEDENT | PITTSBURGH PA 15235 | 10/14/2021 | XXX-XX-2172 |

### Main Party

| Party ID | LName | FName | MI | Type | Address | Phone | Attorney | Notification By |
|---|---|---|---|---|---|---|---|---|
| @362480 | FRIERSON | JAMES | | ADMINISTRATOR | 143 WOOD STREET PITTSBURGH PA 15223 | () | TODD HOLLIS | Conventional Mail |

### Other Party

| Party ID | LName | FName | MI | Type | Address | Phone | Notification By |
|---|---|---|---|---|---|---|---|
| @415183 | DAVIS-KENNEDY | LANESHA MRS. | | BENEFICIARY | 426 WING BAR LANE BLYTHEWOOD BLYTHEWOOD SC 209165915 | () | Conventional Mail |
| 317329 | HAGERMAN | JAY | R. | ATTORNEY | 4927 WILLIAM FLINN HIGHWAY ALLISON PARK PA 15101 | () | Electronic mail |
| 72510 | HOLLIS | TODD | JONATHAN | ATTORNEY | 202 PENN PLAZA TURTLE CREEK PA 15145 | () | Electronic mail |
| 318577 | LUCIANO II | PHILIP | D. | ATTORNEY | 4927 WILLIAM FLINN HIGHWAY | () | Electronic mail |

| | | | | | ALLISON PARK PA 15101 | | |
|---|---|---|---|---|---|---|---|
| JMARMO | MARMO | MICHAEL | F. | JUDGE | 437 GRANT STREET 1700 FRICK BLDG PITTSBURGH PA 15219 | () | Conventional Mail |

## -Docket Entries-

| Filing Date | Docket Type | Docket Text | Redacted Document |
|---|---|---|---|
| 11/25/2023 | CERTIFICATION OF NOTICE UNDER PA OC RULE 10.5 | E-FILED | Image |
| 11/01/2023 | NOTICE OF FAILURE TO FILE 10.6 STATUS REPORT | MAILED 01-NOV-23 | No Image |
| 09/28/2023 | ORDER OF COURT | SIGNED ON 9/27/2023 BY JUDGE MARMO / AS REQUIRED BY P.A. R.O.C.P. 4.6(a) NOTICE OF ENTRY OF THE ORDER OF COURT DATED 9/27/2023 AND DOCKETED ON 9/28/2023 WAS PROVIDED TO ALL PARTIES VIA FIRST CLASS U.S. MAIL ON 9/28/2023 AS REQURIED BY P.A. R.O.C.P. 4.6(b). | Image |
| 09/20/2023 | PETITION FOR APPROVAL OF WRONGFUL DEATH SETTLEMENT | | Image |
| 07/25/2023 | ORDER OF COURT | SIGNED ON 7/21/2023 BY JUDGE MARMO / AS REQUIRED BY P.A. R.O.C.P. 4.6(a) NOTICE OF ENTRY OF THE ORDER OF COURT DATED 7/21/2023 AND DOCKETED ON 7/25/2023 WAS PROVIDED TO ALL PARTIES VIA FIRST CLASS U.S. MAIL ON 7/25/2023 AS REQURIED BY P.A. R.O.C.P. 4.6(b). | Image |
| 07/10/2023 | PETITION TO APPROVE SETTLEMENT | | Image |
| 02/24/2022 | LETTERS OF ADMINISTRATION | | Image |

Exhibit 6

# ESTATE NOTICE

PLEASE NOTE THAT EFFECTIVE MAY 1, 2021, THE COST FOR AN ESTATE NOTICE WILL INCREASE FROM $120 TO $126

# Pittsburgh Post-Gazette®

Pittsburgh Post-Gazette Legal Advertising
2201 Sweeney Drive, Clinton, PA 15026
Phone: 412-263-1440  |  Email: legaladvertising@post-gazette.com

Letters of ❑ Administration ❑ Testamentary
*(Please check the appropriate box)*

## Cost Prior to May 1st, 2021: $120.00  |  Cost After May 1st, 2021: $126.00

Please publish the following notice. *(3 insertions, consecutive weeks)*

Please print clearly or type and fill out all required fields marked with an asterisk (*).
*The Post-Gazette cannot be responsible for errors resulting from unclear or incomplete information.*

NAME* TODD J. HOLLIS LAW

ADDRESS* 202 PENN PLAZA

CITY* TURTLE CREEK    STATE* PA    ZIP* 15145

PHONE* 412.434.0252   EMAIL TODDJHOLLIS@gmail.com
*(The information above is needed to send an affidavit after notice runs)*

Estate of* ROGERS , JIM , _____
*(Last name of deceased)*    *(First name of deceased)*    *(M.I.)*

a/k/a if necessary_____ ,

deceased, of* PITTSBURGH , PA No.* 022201301 of 20* 22
*(City or town of deceased)*    *(State)*    *(Probate #)*    *(Year)*

_____ Extr./Extrx.
*(Circle One)*

JAMES FRIERSON    (Adm.)/Admrx.
*(Circle One)*

143 WOOD STREET    PITTSBURGH    PA    15223
*(Street address)*    *(City)*    *(State)*    *(Zip)*

or to TODD J. HOLLIS LAW _____ Attys.

202 PENN PLAZA
*(Street address)*    *(Suite/Apt.)*

TURTLE CREEK    PA , 15145
*(City)*    *(State)*    *(Zip)*

This form is also available at https://pittsburghpostgazette.formstack.com/forms/estate_notice and open for credit card payments.

Exhibit 7

*Thank you for advertising with the Pittsburgh Post-Gazette.*

May 2021

 Gmail

Todd J. Hollis Law <toddjhollis@gmail.com>

---

## Estate of Jim Rogers
1 message

---

**Legal Advertising** <legaladvertising@post-gazette.com>
To: "Todd J. Hollis Law" <Toddjhollis@gmail.com>

Mon, Nov 27, 2023 at 12:10 PM

Hello,

Your notice has been scheduled as requested.

Order: 163481
Dates: 11/30, 12/7 & 12/14
Cost: $126 charged to card provided.

Thank you

---

*PLEASE NOTE THE FOLLOWING DEADLINE UPDATES:*
November 23 Local Xtra will deadline on November 15 at 12:00 noon.
November 23 Public Notices will deadline on November 22 at 12:00 noon.
November 30 Local Xtra will deadline on November 22 at 12:00 noon.

Pittsburgh Post-Gazette Legal Advertising
2201 Sweeney Drive
Clinton, PA 15026
412-263-1440
Please send all legal correspondences to legaladvertising@post-gazette.com

# ESTATE NOTICE
## Letters of Administration or Testamentary

### The Pittsburgh
# Legal Journal

## LEGAL ADVERTISING

*Designated Newspaper in Allegheny County for the Publication of Court and Legal Notices*
*Published Every Business Day*

400 Koppers Building, 436 Seventh Avenue, Pittsburgh, PA 15219

www.PittsburghLegalJournal.org  •  412-402-6686  •  PLJads@acba.org

**The following notice will be published THREE TIMES (consecutive weeks) at a cost of $126.**

Name/Attorney Name: _TODD J. HOLLIS_

Address: _202 PENN PLAZA_

City/State/Zip: _TURTLE CREEK, PA 15145_

Phone: _412-434-0252_ Email: _Toddjhollis@gmail.com_

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

_ROGERS, JIM_ (Last name, First Name  Middle Name/Initial)

a/k/a_____, deceased,

of _PITTSBURGH, PA_ (city/town), PA. No. _022201301_ (case number) of _2022_ (year).

_JAMES FRIERSON_ (name) [ ☐ Extr. / ☒ Admr. / ☐ Admr. c.t.a.]

_143 WOOD STREET, PITTSBURGH, PA 15223_ (address/city/state/zip).

or to _TODD J. HOLLIS, ESQ._ (attorney name)

_TODD J. HOLLIS LAW_

_202 PENN PLAZA, TURTLE CREEK, PA 15145_ (address/city/state/zip).

[ ☐ Do / ☐ Do not ] include the attorney information in the notice.

Exhibit 8

The types of legal advertisements customers must type using our online system are: Articles of Incorporation Business Corp., Articles of Incorporation Nonprofit Corp., Articles of Incorporation Professional Corp., Cert. of Limited Partnership, Cert. of Organization L.L.C., Change of Name, Estates, Fictitious Name Registration, Statement of Registration Foreign Business Corp., Statement of Registration Foreign Nonprofit Corp., Voluntary Dissolution Business Corp., Voluntary Dissolution Nonprofit Corp., and Voluntary Dissolution Professional Corp.

## The Pittsburgh Legal Journal

400 Koppers Building
436 Seventh Ave.
Pittsburgh PA, 15219
412-261-6255

## Payment Info

Nov 27, 2023 11:03am

**CC Billing Info:**
Todd J. Hollis
1200 Holycross Drive
Monroeville PA15146

**Transaction ID:** 2023112716030020564

**Transaction Auth Code:** 642125

**Transaction Amount:** $126.00

Estate                                                        $126.00

Rogers, Jim, deceased, of Pittsburgh, PA. No. 01301
of 2022, *EXECUTORS*Todd J. Hollis, Esq., Todd J Hollis
Law, 202 Penn Plaza, Turtle Creek, PA 15145.
23-02204w Nov 30; Dec 7, 14, 2023

## The Pittsburgh Legal Journal

400 Koppers Building
436 Seventh Ave.
Pittsburgh PA, 15219
412.261.6255

## Notices

| PLJ Number | Template Name | Parties | First Run Date | Price |
|---|---|---|---|---|
| 23-02204w | Estate | Rogers, Jim | Nov 30, 2023 | $126.00 |

* The Pittsburgh Legal Journal will publish your notice on the dates listed above.

* A copy of your Proof of Publication will be sent to you after your ad has run (if your ad is published more than once, it will be sent to you after the last publication).

* The Pittsburgh Legal Journal is not responsible for typos or incorrect information in your notice.

The types of legal advertisements customers must type using our online system are: Articles of Incorporation Business Corp., Articles of Incorporation Nonprofit Corp., Articles of Incorporation Professional Corp., Cert. of Limited Partnership, Cert. of Organization L.L.C., Change of Name, Estates, Fictitious Name Registration, Statement of Registration Foreign Business Corp., Statement of Registration Foreign Nonprofit Corp., Voluntary Dissolution Business Corp., Voluntary Dissolution Nonprofit Corp., and Voluntary Dissolution Professional Corp.

## The Pittsburgh Legal Journal

400 Koppers Building
436 Seventh Ave.
Pittsburgh PA, 15219
412.261.6255

Case No: 01301 of 2022

PLJ Number: 23-02204w

Price: $126.00

POP Cost: $0.00

Run Dates: Nov 30; Dec 7, 14, 2023

\* The Pittsburgh Legal Journal is not responsible
for typos or incorrect information in your notice.

Estate                                                    $126.00

Rogers, Jim, deceased, of Pittsburgh, PA. No. 01301 of 2022. *EXECUTORS*Todd J. Hollis, Esq., Todd J Hollis Law, 202 Penn Plaza, Turtle Creek, PA 15145.
23-02204w Nov 30; Dec 7, 14, 2023